**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-01318-LTB-CBS

DANY L. CLEMENTSON, Pro se,
        Plaintiff,

v.

USB REAL ESTATE SECURITIES, INC., and
BANK OF NEW YORK TRUST COMPANY, N.A.,
        Defendants.

and

NATIONSTAR MORTGAGE LLC,
        Defendant/Counter-Claimant/Third Party Plaintiff,

vs.

CYNTHIA CLEMENTSON,
        Third Party Defendant.

---

## ORDER

---

THIS MATTER having come before the Court on the Stipulated Motion to Amend Dismissal Without Prejudice to a Dismissal With Prejudice (Doc 36 - filed July 22, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Bank of America, N.A., MERSCORP Holdings, Inc., and Mortgage Electronic Registration Systems, Inc., only,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:  September 4, 2015