IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 15-cv-01318-LTB-CBS

DANY L. CLEMENTSON,

    Plaintiff/Counter Defendant,

v.

USB REAL ESTATE SECURITIES, INC., and
BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendants,

and

NATIONSTAR MORTGAGE LLC,

    Defendant/Counter-Claimant/Third-Party Plaintiff,

v.

CYNTHIA CLEMENTSON,

    Third-Party Defendant.

_____

ORDER
_____

Upon pro se Plaintiff's Contested Motion for Reconsideration of His Motion for Remand Pursuant to Fed.R.Civ.P. 60(b)(6) (Doc 50 - filed October 6, 2015), it is

ORDERED that the Motion is DENIED.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   October 7, 2015