IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 15-cv-01318-LTB-CBS

DANY L. CLEMENTSON,

    Plaintiff/Counter Defendant,

v.

UBS REAL ESTATE SECURITIES, INC., and
BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendants,

and

NATIONSTAR MORTGAGE LLC,

    Defendant/Counter-Claimant/Third-Party Plaintiff,

v.

CYNTHIA CLEMENTSON,

    Third-Party Defendant.

---

## ORDER
---

THIS MATTER having come before the Court on the Stipulated Dismissal With Prejudice (Doc 64 - filed April 7, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED: April 8, 2016